ACCEPTED
15-25-00114-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
11/13/2025 2:41 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00114-CV

IN THE COURT OF APPEALS

FOR THE FIFTEENTH JUDICIAL DISTRICT

AUSTIN, TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
11/13/2025 2:41:17 PM
CHRISTOPHER A. PRINE
Clerk

KELLY HANCOCK, ACTING COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TEXAS, AND KEN PAXTON, ATTORNEY GENERAL OF THE STATE OF TEXAS,

*APPELLANTS,*

V.

DAVE & BUSTER'S I, L.P.,

*APPELLEE.*

On Appeal from the 200TH District Court, Travis County, Texas
Trial Court Cause No. D-1-GN-23-000781

**APPELLEE'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF**

TO THE HONORABLE FIFTEENTH COURT OF APPEALS:

Appellee Dave & Buster's I, L.P. respectfully requests that this Court grant a 45-day extension of time for filing its brief from November 26, 2025 to January 12, 2026 based on the reasonable explanation for an extension set forth below. This motion is unopposed by counsel for Appellants.

## ARGUMENT & AUTHORITIES

The Court has authority under Texas Rule of Appellate Procedure 10.5(b) and 38.6(d), to extend the time to file a brief. *See* Tex. R. App. P. 10.5(b) and 38.6(d). This motion is timely because it is being filed prior to the current November 26, 2025 deadline. *See id.*

Counsel has good cause for requesting this extension. Counsels' attendance is required at their Annual Firm Conference on November 18-19, 2025. Ms. Leonard is preregistered and attending TTARA's 2025 Annual Meeting on November 20-21, 2025. Ms. Leonard is to travel out of the state for family vacation on November 24-28, 2025. Additionally, Ms. Leonard has various deadlines and obligations in other pending district court and administrative matters between now and the current deadline, including the preparation of original petitions in forthcoming district court matters.

Jeffrey Nanson, new to this case, will serve as co-counsel for Appellee and will assist Ms. Leonard. Appellee respectfully requests this extension so that counsel may familiarize himself with the issues and arguments in this case. In addition, Mr. Nanson has various deadlines and obligations in

other pending district court matters between now and the current deadline including the preparation of written discovery responses in Cause Number 471-06138-2024.

Appellee therefore requests a 45-day extension, moving the deadline for its brief from November 26 to January 12, 2026. This is Appellee's first unopposed request for an extension of time to file its brief.

The requested extension of Appellee's Brief is not sought for purposes of delay but rather for the good cause reasons set forth above. The requested extension will not prejudice any party.

## PRAYER

Appellee respectfully requests that this Court grant a 45-day extension of time to file its brief, extending the deadline from November 26, 2025 to January 12, 2026.

Respectfully submitted,

Lacy Leonard
State Bar No. 24040561
Lacy.Leonard@ryanlawyers.com
Danielle Ahlrich
State Bar No. 24059215
Danielle.Ahlrich@ryanlawyers.com
**Ryan Law Firm, PLLC**
1301 S. Mopac Expy, Ste 430
Austin, Texas 78746
512.459.6600 - Telephone
512.459.6601 - Facsimile

Jeffrey L. Nanson
State Bar No. 24098166
Jeff.Nanson@ryanlawyers.com
**Ryan Law Firm, PLLC**
8101 Windrose Avenue, Ste 950
Plano, Texas 75024
972.250.6363 - Telephone
972.250.3599 - Facsimile

COUNSEL FOR APPELLEE

## CERTIFICATE OF CONFERENCE

On November 10, 2025, Counsel for Appellants confirmed that Appellants are not opposed to this extension.

_____
Lacy Leonard

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing document was served on Appellants through the following counsel of record via electronic service on November 13, 2025.

Wesley Remschel
Assistant Attorney General
Alexis Cantu
Assistant Attorney General
Tax Litigation Division
P.O. Box 12548
Austin, Texas 78711-2548
Wesley.Remschel@oag.texas.gov
Alexis.Cantu@oag.texas.gov

_____
Lacy Leonard

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Marissa Yarborough on behalf of Lacy Leonard
Bar No. 24040561
marissa.yarborough@ryanlawyers.com
Envelope ID: 108022073
Filing Code Description: Motion
Filing Description: Appellee's Unopposed Motion for Extension of Time to File Appellee's Brief
Status as of 11/13/2025 2:54 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Danielle Ahlrich | 24059215 | danielle.ahlrich@ryanlawyers.com | 11/13/2025 2:41:17 PM | SENT |
| Wesley Remschel | | wesley.remschel@oag.texas.gov | 11/13/2025 2:41:17 PM | SENT |
| Lacy Leonard | | Lacy.Leonard@ryanlawyers.com | 11/13/2025 2:41:17 PM | SENT |
| Ryan Law Paralegals | | Austin.Paralegals@ryanlawyers.com | 11/13/2025 2:41:17 PM | SENT |
| Jeffrey L.Nanson | | Jeff.Nanson@ryanlawyers.com | 11/13/2025 2:41:17 PM | SENT |